IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CHANCE J. EVANS,<br><br>Plaintiff,<br><br>v.<br><br>GAYLE J. EVANS JR.,<br><br>Defendant. | CASE NO. CV-24-64-GF-JTJ<br><br><br><br>ORDER |

    Plaintiff Chance J. Evans filed a Motion to Compel Discovery Productions (Doc. 19) and a Supplemental Motion to Compel Discovery and for Sanctions. (Doc 25). The Court conducted a hearing concerning these motions on February 12, 2025. (Doc. 34.) For the reasons stated on the record in open court,

    IT IS ORDERED,

    Plaintiff Chance J. Evans' Motions (Docs. 19 and 25) are **GRANTED** to the extent that Defendant Gayle J. Evans Jr. shall provide full and complete responses to all discovery requests by February 28, 2025, at noon. Following the

1

Defendant's discovery responses, the Court will consider the appropriate sanction(s), if any, to impose on the Defendant.

DATED this 20th day of February 2025.

_____
John Johnston
United States Magistrate Judge